**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON
CIVIL ACTION NO. 06-188-DLB**

**KELLY W. EVE,**                                                                                   **PLAINTIFF**

**V.**

**COSMO'S, LLC, et al.,**                                                                          **DEFENDANTS**

## MEMORANDUM ORDER

Plaintiff has moved for an additional extension of time in which to file a response to defendants' pending motion for summary judgment. As grounds, plaintiff argues that he needs to conduct certain deposition discovery concerning the issues raised in the pending motion, but has been frustrated in his attempts to do so due to scheduling issues among counsel. Plaintiff seeks to conduct the depositions on November 30, 2007.

Defendants have not only declined to appear on November 30 but apparently have noticed plaintiff's deposition for the same date. In their response, defendants chiefly object to being subjected to a deposition prior to being able to depose the plaintiff, pursuant to the "customary practice" in Kentucky.

Although both parties request a conference on this issue, the scheduling of depositions among experienced counsel does not ordinarily require oral argument, and the court declines to conduct a hearing for this dispute. Having considered the written arguments of counsel, the court concludes that plaintiff should be permitted to take the requested depositions of defendants first in light of the pending motion for summary judgment.

Accordingly, **IT IS ORDERED:**

1. Plaintiff's motion for discovery and motion for extension of time to file a response to the motion for summary judgment [DE ##40, 41] are **granted**;

2. Defendants Ruh and Blaschke shall appear at their properly noticed deposition at 9:00

a.m. on November 30, 2007;

    3. Counsel shall promptly confer and cooperate regarding the scheduling of plaintiff's deposition, presumably to be taken at the conclusion of defendants' depositions;[1]

    4. Plaintiff's response to the pending motion for summary judgment shall be filed on or before **December 5, 2007**.[2] NO FURTHER EXTENSIONS WILL BE GRANTED absent a strong showing of good cause.

    This the 13th day of November, 2007.

Signed By:
*J. Gregory Wehrman*
United States Magistrate Judge

---

[1] Since defendant Ruh noticed plaintiff's deposition for November 30 at the same time as his previously noticed deposition, the Court suggests that the plaintiff's deposition be taken immediately after defendants' for the parties' convenience.

[2] The court is aware that this timing may not permit transcription of defendants' depositions.