UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CIVIL ACTION NO. 06-188-DLB**

KELLY W. EVE                                                                                             PLAINTIFF

vs.                                                  **ORDER AND JUDGMENT**

COSMO'S, LLC, ET AL.                                                                            DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (Doc. #78); and the Court having reviewed same, including the Magistrate Judge's detailed documentation of the notification efforts directed to Plaintiff and her failure to respond to the Court and to comply with the Court's Orders; and no objection to the Report and Recommendation having been filed, with the time to do so having now expired; and the Court being sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the United States Magistrate Judge (Doc. #78) be, and it hereby is, **adopted** as the findings of fact and conclusions of law of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter be, and it hereby is, **dismissed *sua sponte* with prejudice** and **stricken** from the docket of this Court, pursuant to Federal Rule of Civil Procedure 41(b), based upon Plaintiff's repeated failure to comply with the Orders of this Court and to prosecute her case.

This 15th day of December, 2008.



Signed By:
David L. Bunning   DB
United States District Judge

G:\DATA\ORDERS\Cov06\188-Dismissal Order.wpd